**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**WELLS FARGO BANK, NATIONAL ASSOCIATION,**

        **Plaintiff,**

**-vs-**          Case No. 3:10-cv-609-J-37MCR

**SOUTHERN BOYS INVESTMENT GROUP, LLC, et al.,**

        **Defendants.**

___

## ORDER

This cause is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 23), filed April 18, 2011. United States Magistrate Judge Monte C. Richardson submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendations, with one modification. The final judgment in Plaintiff's favor and against Defendants, jointly and severally, shall be in the total amount of $200,540.67, which is comprised of

$136,315.93 in principal, $37,387.11 in interest, $1,731.65 in additional prejudgment interest,[1] $12,390.96 in late charges, and $12,715.02 in legal expenses.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 27), filed May 26, 2011, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment (Doc. No. 23), filed April 18, 2011, is **GRANTED**. The Clerk shall enter final judgment in Plaintiff's favor and against Defendants, jointly and severally, in the total amount of $200,540.67.

3. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Jacksonville, Florida on June 15 , 2011.

*[signature]*

ROY B. DALTON, JR.
United States District Judge

---

[1] In accordance with the terms of the Promissory Note (Doc. No. 23, Ex. A-1), the Affidavit of Michael Coggin (Doc. No. 23, Ex. A), and the Report and Recommendation (Doc. No. 27), the principal of the Note shall continue to accrue prejudgment interest at an agreed upon rate of $29.35 per diem. The Court calculates $1,731.65 additional prejudgment interest is due under the Note as of the date of this Order.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party